FILED
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:29 pm, Jan 09, 2025*
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PLAINTIFF'S NAME,<br><br>     Charles Nocera,<br><br>vs.<br><br>DEFENDANT'S NAME,<br><br>     Department of Regulatory Agencies | Case No.: 1:24-cv-02607-CYC<br><br><br>UNOPPOSED MOTION TO ATTEND SCHEDULING CONFERENCE REMOTELY |

With regard to the Scheduling conference, I am living in my RV in Tucson for a few more weeks.

Dated this 25th day of November, 2024.  And electronically signed below.

/s/Charles Anthony Nocera